UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EILEEN KONIECZNY** | CIVIL ACTION NO. |
| Plaintiff, | 3:14-cv-01847 |
| v. | |
| **ROBERT D. BIRNBAUM,** **AARON W. FORD,** **ANDREW SIEGHART,** **SANDRA W. SOULE** **DOUBLING ROAD HOLDINGS LLC** and **CURALEAF, LLC** | |
| Defendants. | |

**NOTICE OF INTERESTED PARTIES**

The undersigned, counsel of record for Eileen Konieczny, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

Counsel for Eileen Konieczny certifies that there are no known interested parties that may have a pecuniary interest in the outcome of this case.

        Respectfully Submitted,

        EILEEN KONIECZNY

        By her attorney,

        By: /s/ Colin R. Hagan
        Colin R. Hagan, CT 29640
        SHLANSKY LAW GROUP, LLP
        1 Winnisimmet Street
        Chelsea, MA 02150
        Phone: (617) 497-7200
        Fax:    (866) 257-9530

Dated: December 10, 2014        E-mail: Colin.Hagan@slglawfirm.com