UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EILEEN KONIECZNY** | Case No.: 3:14-CV-01847-VAB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO |
| v. | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| **ROBERT D. BIRNBAUM,** **AARON W. FORD,** **ANDREW SIEGHART,** **SANDRA W. SOULE** **DOUBLING ROAD HOLDINGS LLC** and **CURALEAF, LLC** | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Eileen Konieczny, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants: (i) Robert D. Birnbaum; (ii) Aaron W. Ford; (iii) Andrew Sieghart; (iv) Sandra W. Soule; (v) Doubling Road Holdings LLC; and (vi) Curaleaf, LLC.

Respectfully Submitted,

EILEEN KONIECZNY

By her attorney,

By:   /s/ Colin R. Hagan
Colin R. Hagan, CT 29640
SHLANSKY LAW GROUP, LLP
1 Winnisimmet Street
Chelsea, MA 02150
Phone: (617) 497-7200
Fax:    (866) 257-9530
E-mail:  Colin.Hagan@slglawfirm.com

Dated: March 3, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2015, a true copy of Plaintiff Eileen Konieczny's Notice of Voluntary Dismissal was served on all counsel of record via the Court's CM/ECF system.

                                                       By:   /s/ Colin R. Hagan
                                                                  Colin R. Hagan